# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0083. MILTON R. HAASE, JR. v. JERRALD ROLES, SSC OPERATING COMPANY et al.

Milton R. Haase, Jr. seeks emergency mandamus relief from this Court. He requests that we require the Clerk of the DeKalb County State Court to make available, without cost, the records of all cases filed in DeKalb County State Court.

Appellate courts have authority to grant a writ of mandamus in matters related to an appeal or impending appeal, "when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, ___ Ga. ___ (1) (Case No. S24O1335; decided March 18, 2025); see Ga. Const. of 1983, Art. VI, Sec. I, Par. IV ("Each court may exercise such powers as necessary in aid of its jurisdiction or to protect or effectuate its judgments; but only the superior and appellate courts and state-wide business court shall have the power to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction."). Only in "extremely rare" circumstances would a party be required to seek a writ of mandamus in this Court in the first instance, given that superior court judges have the power to issue process in the nature of mandamus against trial court officials. See *Arnold*, ___ Ga. at ___ (1), n. 6. Because Haase has not presented one

of those extremely rare circumstances, he must first petition the superior court for relief. Accordingly, his petition for writ of mandamus is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, __03/20/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*